[No. 37543-5-II. Division Two. June 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY
MITUNIEWICZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 07-1-01711-9, John F. Nichols, J., entered
February 29, 2008. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Van Deren, C.J., and
Hunt, J.

[No. 37671-7-II. Division Two. June 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KETSON B. TOMMY,
*Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 08-8-00141-1, Diane M. Woolard, J., entered
March 26, 2008. *Affirmed in part* and *remanded* by unpub-
lished opinion per Penoyar, J., concurred in by Van Deren,
C.J., and Bridgewater, J.

[No. 37699-7-II. Division Two. June 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN LYNN
VASSEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 07-1-03209-8, Thomas P. Larkin, J., entered
April 18, 2008. *Affirmed* by unpublished opinion per
Penoyar, J., concurred in by Van Deren, C.J., and Bridge-
water, J.

[No. 37708-0-II. Division Two. June 23, 2009.]

ROBERT L. WIRTZ, *Appellant*, v. DAVID GILLOGLY ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 06-2-00432-0, Stephen M. Warning, J., entered
April 2, 2008. *Affirmed* by unpublished opinion per Hunt,
J., concurred in by Houghton and Quinn-Brintnall, JJ. Now
published at 152 Wn. App. 1.